**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| DOUGLAS ASPHALT PAVING, INC., | |
| Plaintiff, | CIVIL ACTION NO.: 4:16-cv-7 |
| v. | |
| MARTIN MARIETTA AGGREGATES, a division of MARTIN MARIETTA MATERIALS, INC., | |
| Defendant. | |

## O R D E R

Presently before the Court is the parties' Joint Notice of Settlement and Stipulation of Dismissal With Prejudice filed on April 24, 2019. (Doc. 41.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 7th day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA